Julia A. Linton against Charles L. Wanke. No opinion. Judgment affirmed, with costs.

LISSNER et al., Appellants, v. MAYOR, ETC., OF CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Amanda Lissner and another against the Mayor, Aldermen, and Commonalty of the City of New York and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LOEB, Appellant, v. SALOMON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Herman Loeb against Albert Salomon and another. H. G. Aron, for appellant. J. Frankenheimer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

LYNN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by William F. Lynn against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. See, also, 115 N. Y. Supp. 1129.

LYONS, Appellant, v. LYONS, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by George V. Lyons against Harry S. Lyons. C. Fuller, for appellant. B. S. Weeks, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McAULIFF, Respondent, v. ELLIOTT, Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by John McAuliff against Elizabeth Elliott, impleaded with others. No opinion. Motion denied. Appellant may perfect appeal within 20 days.

McCALLUM v. CORN PRODUCTS CO. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by David McCallum against the Corn Products Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 118.

In re McCARTHY. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) In the matter of the application of Charles E. McCarthy for license and admission to practice as an official examiner of title. No opinion. Application granted.

McCONNELL, Respondent, v. McCONNELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Margery McConnell against Benton McConnell and others. No opinion. Order reversed, with $10 costs and disbursements, and motion to vacate order granted, with $10 costs. Held, that the moving affidavit fails to show that the examination is necessary to enable the plaintiff to frame a complaint.

McKANE v. NEW YORK CENT. & H. R. R. Co. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Josephine McKane against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

McMAHON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by James McMahon against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent.

McNULTY v. McNULTY. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Mary E. McNulty against Patrick J. McNulty. No opinion. Motion granted, with $10 costs. Order filed.

MacPHERSON, Respondent, v. PARISH, FISHER, MOONEY & CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Ewan MacPherson against Parish, Fisher, Mooney & Co. W. I. Washburn, for appellants. S. B. Livingston, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McPHILLIPS, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Margaret McPhillips, as administratrix, against the Union Railway Company of New York. B. H. Ames, for appellant. C. Caldwell, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the finding that the plaintiff's intestate was free from contributory negligence was against the weight of evidence. Order filed.

MADDEN v. BULLOCH. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by James Madden against William Bulloch. With this case has been consolidated in this court cases bearing titles as follows: Joseph Spitz v. Taxicab Co.; Lee G. Lawrence v. E. A. Denham Co. (two cases); John Intz v. Philip Kalmus; Adolph Schwartz v. Annie Smoke; John C. Dowling v. Miller Realty Co. No opinions. Applications denied, with $10 costs in each case. Orders signed. See, also, 115 N. Y. Supp. 723.

MAHONEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Margaret M. Ma-